IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| JIMMIE HERSHEY, individually and on behalf of all others similarly situated, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 6:07-cv-1299-WEB |
| EXXONMOBIL OIL CORPORATION, | ) | (Removed from the District Court of Stevens County, Kansas, Formerly State Case No. 07-CV-25) |
| *Defendant.* | ) | |

**INITIAL SCHEDULING ORDER**

Having reviewed the Joint Status Report And Request For Extension Of Deadline Set Forth In Local Rule 23.1(B) submitted November 1, 2007, the Court concurs with the recommendation of the parties that the subject matter jurisdiction issue should be determined before further scheduling is undertaken and that the application of Local Rule 23.1(b) this case should be suspended. Accordingly,

IT IS ORDERED that Local Rule 23.1 shall not apply to this case and the parties shall proceed in accordance with the local rules to brief the Motion to Remand. Should this Court grant the motion to remand, no further scheduling will be needed. If this Court denies the motion to remand, then within 14 days of such order, the parties shall submit a joint scheduling proposal including time frames for any matters pertaining to class certification issues.

ORDERED: November 5, 2007

S/ Karen M. Humphreys

Honorable Karen M. Humphreys
U.S. Magistrate Judge